RUDOLFINE SCHREIBER, Respondent, *v.* VINCENT BENDIX, Appellant.

Submitted April 5, 1939; decided April 21, 1939.

*Thomas A. McGrath* and *Milton S. Schnur* for appellant.
*Simon Goldman* and *Harold L. Garner* for respondent.

, Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.